# UNITED STATES DISTRICT COURT
for the
District of Maryland



AUG 1 9 2015

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. **15-1608SAG** |
| DARREN BROWN | ) ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Darren BROWN, a male born in the year 1990, having been assigned an FBI number ending in 5AD0

located in the _____ District of ____Maryland____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sec 841, 846 | distribution and conspiracy to distribute controlled substances |
| 18 U.S.C. Sec 922(g) | felon in possession of firearms |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

TFO Bradley Hood, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/05/2015

_____
*Judge's signature*

City and state: Baltimore, Maryland

U.S. Magistrate Judge, Stephanie A. Gallagher
*Printed name and title*